IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY S. CAMPBELL,<br>Plaintiff | :<br>:<br>: |
| vs. | : CIVIL NO. 1:CV-12-1968<br>: |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br>Defendant | : (Judge Caldwell)<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 23rd day of January, 2014, in accordance with the accompanying memorandum, it is ordered that:

    1. The Clerk of Court shall enter judgment in favor of Randy S. Campbell and against the Commissioner as set forth in the following paragraph.

    2. The decision of the Commissioner of Social Security denying Randy S. Campbell disability insurance benefits is vacated and the case is remanded to the Commissioner of Social Security to consider Plaintiff's claim for disability benefits in conformity with the accompanying memorandum and to conduct further proceedings she may deem appropriate.

    3. The Clerk of Court shall close this file.

                                              s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge